NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-624


LINDA FAYE WHALEY

VERSUS

CHRISTUS ST. PATRICK HOSPITAL


**********


APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 3
PARISH OF CALCASIEU, NO. 01-03932
SAM L. LOWERY, WORKERS COMPENSATION JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

JUDGMENT VACATED; REMANDED WITH INSTRUCTIONS.

Stephen R. Streete
Salter & Streete
P. O. Box 6297
Lake Charles, LA 70602-6297
(337) 474-1644
Counsel for Plaintiff/Appellee:
      Linda Faye Whaley


Todd M. Ammons
Stockwell, Sievert, Viccillio, Clements
& Shaddock, L.L.P.
P. O. Box 2900
Lake Charles, LA 70602
(337) 436-9491
Counsel for Defendant/Appellant:
      Christus St. Patrick Hospital